# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **5:05-CR–86-WDO** |
| | : | |
| **JOSEPH JORDAN, SR.,** | : | |
| **ERETTA NELSON,** | : | |
| **OZEE ROGERS, SR.,** | : | |
| **ERNEST T. BUTTS,** | : | |
| **HEWIS CROSS,** | : | |
| **CALVIN A. McCASKILL and** | : | |
| **LOLA C. BROKEMOND** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

After hearing from the parties in this case regarding the evidence expected to be presented at trial, the following Exhibits proffered by the government are hereby declared self-authenticating and will be admitted at trial. If any Defendant wishes to make a relevance objection, or any other substantive objection, to any of this proferred evidence, the objection shall be made in writing no later than one week prior to the pretrial conference scheduled for Tuesday, January 16, 2007 at 11:00 a.m. To facilitate this schedule, the government is hereby ordered to make the Exhibits available for the Defendants' inspection until the trial of this case.

| Number | Description of Exhibit |
|---|---|
| 1-5 | Standardize Credit Repair account signature card |

| | |
|---|---|
| 1-6 | Signature card for "Rio Marketing, Inc. DBA Rio Q Care" |
| 2A | 2000 Form 1040X of Miles Avera |
| 2E | Postal Money Order |
| 3A | 2001 Form 1040X of Anthony L. Steedley |
| 4A | 2001 Form 1040X of Lola C. Brokemond |
| 4B | 2001 Form 1040X of Lola C. Brokemond |
| 4C | Letter dated March 17, 2005 from Lola C. Brokemond |
| 4F | Postal Money Order |
| 5E | Deposit to account of Ozee Rogers, Sr. |
| 5F | Deposit to account of Ozee Rogers, Sr. |
| 5G | Cashier's Check to Janus Enterprises |
| 5H | Cashier's Check to Joshua Trust |
| 5I | Rio check to Joseph Jordan |
| 5J | IRS Transcript for Wanda M. McCaskill |
| 6A | Form 1040X of Daniel R. Vancleave |
| 6B | Deposit to account of Ozee Rogers, Sr. |
| 7A | 1999 Form 1040X of Larry F. and Barbara G. Delbridge |
| 7I | Official check to Rio Marketing |
| 7J | Official check to Rio Marketing |
| 7K | Cashier's Check to Joshua Trust |
| 7L | Cashier's Check to Janus Enterprises |
| 7M | Treasury check to Larry F. & Barbara G. Delbridge |
| 8A | 1999 Form 1040X of William B. and Sue A. Jackson |
| 8D | Deposit of money order |
| 9A | 1999 Form 1040X of Raymond L. Davenport and Renee McDonald |
| 9E | Deposit of Davenport money order |
| 10A | 1999 Form 1040X of Howard E. and Brenda F. Glover |
| 10F | Money order deposit to Rio Marketing |
| 11A | 2000 Form 1040X of Kenneth L. and LaVerne E. Mitchell |
| 12A | 1999 Form 1040X of Saketha Q. Adams |
| 12B | Deposit of Money Order 151772 payable to Rio Marketing |
| 12C | Deposit of Money Order 151773 payable to Rio Marketing |
| 12D | Treasury check to Saketha Q. Adams |
| 13A | 1999 Form 1040X for Harry P. and Susan L. Parker |
| 13E | Deposit of Postal money order |
| 13F | Official Check payable to RIO Marketing |
| 13G | Official Check payable to RIO Marketing |
| 14A | 2001 Form 1040X of Jimmy L. and Juanita P. Johnson |
| 15A | 1999 Form 1040X of Jimmy L. and Juanita P. Johnson |
| 16A | 2001 Form 1040X of C. Dwight and Bobbie Faircloth |

| | |
|---|---|
| 17A | 1999 Form 1040X of Maggie L. Boatright |
| 18A | 2000 Form 1040X of C. Dwight and Bobbie Faircloth |
| 19A | 2001 Form 1040X of Ozee Rogers, Sr. |
| 20A | 2000 Form 1040X of Ozee Rogers, Sr. |
| 21A | 1999 Form 1040X of C. Dwight and Bobbie Faircloth |
| 21E | Deposit item |
| 21F | Deposit item |
| 22A | 1999 Form 1040X of Thurston W. Madison |
| 22B | Deposit item to account of Standardize Credit Repair |
| 23A | 2001 Form 1040X of Thomas B. Bulger |
| 23D | Check to Eretta Nelson from Ernest T. Butts |
| 23E | Signature card for account 10054369 of Ernest T. Butts |
| 24A | 2000 Form 1040X of James Allen, Jr. |
| 24C | Deposit of Check 1177 |
| 24D | Check 1177 |
| 24E | Deposit of checks 2518 and 2519 into account of Millennium Ent. |
| 24F | Deposit of check 1144 |
| 25A | 2001 Form 1040X of Alan S. Talbert |
| 25B | Deposit item |
| 25C | Check to Eretta Nelson |
| 26A | 1999 Form 1040X of Nicholas P. Camarota |
| 27A | 2000 Form 1040X of Lola C. Brokemond |
| 27B | Treasury check |
| 28A | 1999 Form 1040X of Lola C. Brokemond |
| 28B | Treasury check |
| 28F | 1999 Form 1040X claiming a $44,611 tax credit |
| 29A | 2000 Form 1040X of Jimmy L. and Juanita P. Johnson |
| 29D | Deposit item |
| 29G | Treasury check to Jimmy L. & Juanita P. Johnson |
| 30A | 2001 Form 1040X of Nicholas P. Camarota |
| 30C | Treasury check |
| 30F | Deposit items |
| 30G | Deposit item |
| 31A | 2000 Form 1040X of Earnest T. Butts |
| 32 | 1999 Form 1040X of Sharon G. Askew |
| 33 | 2000 Form 1040X of Charles M. and Doris E. Barbel |
| 34 | 2000 Form 1040X of Eugene F. and Karen C. Bell |
| 35 | 1999 Form 1040X of Tangela D. Bell |
| 36 | 2000 Form 1040X of Vernia B. Bell |
| 37 | 2000 Form 1040X of Barbara Brand |

| | |
|---|---|
| 38 | 1999 Form 1040X of Janene R. Brooks |
| 39 | 1999 Form 1040X of Jeffery B. and Karyn D. Brooks |
| 40 | 2000 Form 1040X of Joel H. and Domma K. Bullard |
| 41 | 1999 Form 1040X of Joyleen D. Bussey |
| 42 | 1999 Form 1040X of Donnie E. Butler, Jr. |
| 43 | 2000 Form 1040X of Donnie E. Butler, Sr. |
| 44 | 1999 Form 1040X of Holly R. Butler |
| 45 | 2001 Form 1040X of George and Runette Champion |
| 46 | 2000 Form 1040X of Darrell R. and Darlene S. Colbath |
| 47 | 2000 Form 1040X of Luis A. and Kathe E. Cordero |
| 48 | 1999 Form 1040X of Thurman H. and Velma S. Cross |
| 49 | 1999 Form 1040X of James A. and Patricia Crosson |
| 50 | 1999 Form 1040X of Rosemarie A. Dankowski |
| 51 | 2000 Form 1040X of Rosemarie A. Dankowski |
| 52 | 2000 Form 1040X of Thomas J. Dankowski |
| 53 | 2000 Form 1040X of Jennifer D. Deese |
| 54 | 1999 Form 1040X of William D. and Altimease Dixon |
| 55 | 2000 Form 1040X of Karen A. Douglas |
| 56 | 1999 Form 1040X of Marcus and Misty Earnest |
| 57 | 2000 Form 1040X of Joseph and Darlene Fannin |
| 58 | 2000 Form 1040X of Charles W. Fuller |
| 59 | 1999 Form 1040X of Michael W. and Dorothy B. Gore |
| 60 | 2000 Form 1040X of Jonathan and Shannon M. Grantham |
| 61 | 1999 Form 1040X of Edna C. Jackson |
| 62 | 2000 Form 1040X of Kendrick Layton |
| 63 | 2000 Form 1040X of Angelene Lett |
| 64 | 1999 Form 1040X of Rodney M. and Jill A. Lindsey |
| 65 | 2000 Form 1040X of Rodney M. and Jill A. Lindsey |
| 66 | 2000 Form 1040X of Irby D. and Rosse D. Logan |
| 67 | 2000 Form 1040X of Victoria K. Lowe |
| 68 | 2001 Form 1040X of Robin Lowery |
| 69 | 1999 Form 1040X of Maureen K. Lyon |
| 70 | 2000 Form 1040X of Charlie E. and Arville T. Marks |
| 71 | 1999 Form 1040X of Frankie McCaskill |
| 72 | 2001 Form 1040X of Jeffrey McCray |
| 73 | 2000 Form 1040X of Michael S. and Pamela S. Mitchell |
| 74 | 2000 Form 1040X of Jerome and Flora Murphy |
| 75 | 2000 Form 1040X of Jeanne R. Musgrove |
| 76 | 2001 Form 1040X of Jeanne R. Musgrove |
| 77 | 2000 Form 1040X of Sean K. and Donna P. O'Malley |
| 78 | 2000 Form 1040X of Latrichea L. Pantin |

| | |
|---|---|
| 79 | 1999 Form 1040X of James and Nancy A. Pendergraph |
| 80 | 1999 Form 1040X of Betty J. Rawls and Herbert O. Nwosu |
| 81 | 2000 Form 1040X of Curtis P., Sr., and Annie H. Redding |
| 82 | 2000 Form 1040X of Felicia M. Roy |
| 83 | 2000 Form 1040X of Kennith H. and Linda H. Savage |
| 84 | 2000 Form 1040X of Derrill G. and Wendy G. Scott |
| 85 | 2000 Form 1040X of John M. and Ronda F. Shea |
| 86 | 2000 Form 1040X of Charles L. Smith |
| 87 | 1999 Form 1040X of H. Doyle and Janice K. Smith |
| 88 | 2000 Form 1040X of Diane Sokol |
| 89 | 2001 Form 1040X of Charzell and Louise Stamper |
| 90 | 1999 Form 1040X of Larry K. and Debra Trawick |
| 91 | 1999 Form 1040X of Fred J. and Walani S. Vancleave |
| 92 | 2000 Form 1040X of Dorothy H. and J.C. Ward |
| 93 | 2000 Form 1040X of Keith R. Ward |
| 94 | 2000 Form 1040X of Kimberly K. Ward |
| 95 | 1999 Form 1040X of Francisco C. and Kay D. Williams |
| 96 | 2000 Form 1040X of Joe E. and Mary K. Yelverton |
| 97A | 2000 Form 1040X of Jenell E. and George D. Alexander |
| 97B | IRS Correspondence |
| 98 | 1999 Form 1040X of Otis L. Jones |
| 99 | 2000 Form 1040X of James O. Whittington, Jr. |
| 100 | 2001 Form 1040X of Bess W. Brockington |
| 101 | 2001 Form 1040X of Melissa Y. Wallace |
| 102 | 2000 Form 1040X of Erma L. Hodge |
| 103 | 1999 Form 1040X of Lester Muhammad |
| 104 | 2002 Form 1040X of Pamela Ross-Turner |
| 105 | 1999 Form 1040X of Michael W. Moore |
| 106 | 1999 Form 1040X of Atlean Curry |
| 107 | 2001 Form 1040X of Anna W. Ashmon |
| 108 | 2001 Form 1040X of Tumbia H. Ashmon |
| 109 | 2000 Form 1040X of Nathaniel Ashmon |
| 110 | 1999 Form 1040X of Gerald and Linda Lockett |
| 111 | 2002 Form 1040X of Raynelle M. and Freddie Tennyson |
| 112 | 2000 Form 1040X of John L. Scott, Jr. |
| 114D | Eretta Nelson deposit of money order from "Bruce Clayton" |
| 119 | Checking account records of "Millennium Enterprise, Eretta Nelson," account number 000-039-747-1 |
| 120 | Account records of "Ernest T. Butts and Julia Jackson," account number 10054369 |
| 121 | Account records of "Ozee Rogers," account number 1001790 |

| | |
|---|---|
| 122 | Account records of "RIO Marketing, Inc. DBA RIO Q CARE," account number 56838 |

**SO ORDERED, this 8th day of November, 2006.**


**S/**
**HONORABLE WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**