**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JOSEPH JORDAN, SR.,** : | |
| : | |
| Petitioner, : | |
| : | **5:05-CR-86 (CAR)** |
| vs. : | **Writ of Error** *Audita Querela* |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

## *ORDER ON THE RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Report and Recommendation [Doc. 330] from United States Magistrate Judge G. Mallon Faircloth, that recommends Petitioner's Motion for Writ of Error *Audita Querela* be denied as failing to state a cause of action upon which this Court may grant relief.  The Magistrate Judge has undertaken a thorough review of the record of this case to examine Petitioner's claims.   Petitioner has filed no objection to the Recommendation.  Upon review of the record of this case, the Court agrees with the conclusions of the United States Magistrate Judge.  Accordingly, the Report and Recommendation [Doc. 330] is **ADOPTED** and **MADE THE ORDER OF THIS COURT**, and Petitioner's Motion for Writ of Error *Audita Querela* pursuant to Title 28 U.S.C. § 1651 [Doc. 349] is **DENIED**.

**SO ORDERED**, this 3rd day of November, 2009.

                                          S/ C. Ashley Royal
                                          C. ASHLEY ROYAL
                                          UNITED STATES DISTRICT JUDGE

SSH